**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.  26-mj-122** |
| | : | |
| **ANTONIO SIMPSON,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. §§ 2251(a) and (e)** |
| | : | **(Sexual Exploitation of a Minor and** |
| | : | **Attempted Sexual Exploitation of a** |
| | : | **Minor)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(4)(B), (b)(2)** |
| | : | **(Possessing Child Pornography)** |
| | : | |
| | : | **22 D.C. Code §§ 3008, 3020(a)(1), (a)(2)** |
| | : | **(First Degree Child Sexual Abuse with** |
| | : | **Aggravating Circumstances)** |
| | : | |
| | : | **22 D.C. Code §§ 3009, 3020(a)(1), (a)(2)** |
| | : | **(Second Degree Child Sexual Abuse with** |
| | : | **Aggravating Circumstances)** |
| | : | |
| | : | |
| | : | **18 U.S.C. § 2253** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 20, 2025, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of

producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Video "Snapchat-560992784.mp4").

(**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT TWO

On or about April 30, 2025, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Video "Snapchat-239342923.mp4").

(**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

2

## COUNT THREE

On or about October 23, 2025, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Videos "20251023_214058.mp4," "20251023_220150.mp4," "20251023_220244.mp4", and "20251023_221325.mp4").

> (**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT FOUR

On or about November 4, 2025, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and

3

transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Videos "20251104_185813.mp4" and "20251104_190340.mp4").

(**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT FIVE

On or about December 1, 2025, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Video "20251201_224630.mp4").

(**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT SIX

On or about July 14, 2026, within the District of Columbia, the defendant, **ANTONIO SIMPSON**, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 2, to engage in sexually explicit conduct for the purpose of

4

producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce (Video "29B28B76781353B84FEC9098C3268AE7.media").

(**Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT SEVEN

On or about  July 21, 2026, within the District of Columbia and elsewhere, the defendant, **ANTONIO SIMPSON**, did knowingly possess one or more images or video files, or other matter, which contain any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, as defined in title 18, United States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

(**Possessing of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2))

## COUNT EIGHT

On or about April 20, 2025, within the District of Columbia and elsewhere, the defendant, **ANTONIO SIMPSON**, engaged in a sexual act with that child and caused that child to engage in

a sexual act, that is, the penetration of Minor Victim 1's mouth by **ANTONIO SIMPSON's** penis.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set forth in the Eighth Count of this Indictment, the victim was under the age of 13 years, that is, Minor Victim 1 was 9 years old.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set forth in the Eighth Count of this Indictment, the victim was under the age of 18 years, that is Minor Victim 1 was 9 years old, and **ANTONIO SIMPSON** had a significant relationship with Minor Victim 1, that is, **ANTONIO SIMPSON** was the paramour of Adult Witness 1, who was charged with any duty or responsibility for the health, welfare, or supervision of Minor Victim 1 at the time of the act.

> (**First Degree Child Sexual Abuse with Aggravating Circumstances**, in violation of 22 D.C. Code, Section 3008, 3020(a)(1), (a)(2) (2001 ed.))

## COUNT NINE

On or about April 30, 2025, within the District of Columbia and elsewhere, the defendant, **ANTONIO SIMPSON**, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, the penetration of Minor Victim 1's mouth by **ANTONIO SIMPSON's** penis.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set forth in the Ninth Count of this Indictment, the victim was under the age of 13 years, that is, Minor Victim 1 was 9 years old.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set forth in the Ninth Count of this Indictment, the victim was under the age of 18 years, that is Minor Victim 1 was 9 years old, and **ANTONIO SIMPSON** had a significant relationship with Minor Victim 1, that is, **ANTONIO SIMPSON** was the paramour of Adult Witness 1, who was charged with any duty or responsibility for the health, welfare, or supervision of Minor Victim 1 at the time

of the act.

(**First Degree Child Sexual Abuse with Aggravating Circumstances**, in violation of 22
D.C. Code, Section 3008, 3020(a)(1), (a)(2) (2001 ed.))

## COUNT TEN

On or about December 1, 2025, within the District of Columbia and elsewhere, the

defendant, **ANTONIO SIMPSON**, engaged in a sexual act with that child and caused that child

to engage in a sexual act, that is, the penetration of Minor Victim 1's mouth by **ANTONIO**

**SIMPSON's** penis.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set

forth in the Tenth Count of this Indictment, the victim was under the age of 13 years, that is, Minor

Victim 1 was 10 years old.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set

forth in Tenth Count of this Indictment, the victim was under the age of 18 years, that is Minor

Victim 1 was 10 years old, and **ANTONIO SIMPSON** had a significant relationship with Minor

Victim 1, that is, **ANTONIO SIMPSON** was the paramour of Adult Witness 1, who was charged

with any duty or responsibility for the health, welfare, or supervision of Minor Victim 1 at the time

of the act.

(**First Degree Child Sexual Abuse with Aggravating Circumstances**, in violation of 22
D.C. Code, Section 3008, 3020(a)(1), (a)(2) (2001 ed.))

## COUNT ELEVEN

On or about July 14, 2026, within the District of Columbia and elsewhere, the defendant,

**ANTONIO SIMPSON**, engaged in a sexual act with that child and caused that child to engage in

a sexual act, that is, the penetration of Minor Victim 2's mouth by **ANTONIO SIMPSON's** penis.

At the time **ANTONIO SIMPSON** committed First Degree Child Sexual Abuse as set

7

forth in the Eleventh Count of this Indictment, the victim was under the age of 13 years, that is, Minor Victim 2 was 8 years old.

(**First Degree Child Sexual Abuse with Aggravating Circumstances**, in violation of 22 D.C. Code, Section 3008, 3020(a)(1) (2001 ed.))

## COUNT TWELVE

On or about November 4, 2025, within the District of Columbia and elsewhere, the defendant, **ANTONIO SIMPSON**, with the intention to abuse or humiliate Minor Victim 1 or to arouse or gratify his own or another person's sexual desire, engaged in a sexual contact with that child and caused that child to engage in a sexual contact, that is, the touching of Minor Victim 1's breast by **ANTONIO SIMPSON's** hand and the touching of Minor Victim 1's groin by **ANTONIO SIMPSON**'s penis.

At the time **ANTONIO SIMPSON** committed Second Degree Child Sexual Abuse as set forth in the Tenth Count of this Indictment, the victim was under the age of 13 years, that is, Minor Victim 1 was 10 years old.

At the time **ANTONIO SIMPSON** committed Second Degree Child Sexual Abuse as set forth in Tenth Count of this Indictment, the victim was under the age of 18 years, that is Minor Victim 1 was 10 years old, and **ANTONIO SIMPSON** had a significant relationship with Minor Victim 1, that is, **ANTONIO SIMPSON** was the paramour of Adult Witness 1, who was charged with any duty or responsibility for the health, welfare, or supervision of Minor Victim 1 at the time of the act.

(**Second Degree Child Sexual Abuse with Aggravating Circumstances**, in violation of 22 D.C. Code, Section 3009, 3020(a)(1), (a)(2) (2001 ed.))

## FORFEITURE ALLEGATION

8

1.      The United States hereby gives notice to the defendant, **ANTONIO SIMPSON**, that upon his conviction of the offense charged in Counts One through Six of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

A TRUE BILL:

9

FOREPERSON

Jeanine Ferris Pirro

By: *Janani J. Iyengar*
Janani Iyengar
Attorney of the United States
and for the District of Columbia

10